| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

ERIC WATKINS, §
§
　　　　Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:11-CV-726
§
LAWRENCE WESTON, §
§
　　　　Defendant. §

**MEMORANDUM ORDER ADOPTING**
**THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

　　Eric Watkins filed the above-styled lawsuit. The court previously referred the case to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending the case be dismissed for failure to state a claim upon which relief may be granted.

　　The court has received the Report and Recommendation, along with the record and all available evidence. No objections were filed to the Report and Recommendation.

**ORDER**

　　Accordingly, the findings of fact and conclusions of law of the magistrate judge are correct, and the report of the magistrate judge is **ADOPTED**. A final judgment shall be entered dismissing this lawsuit.

　　SIGNED at Beaumont, Texas, this 15th day of August, 2018.

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　MARCIA A. CRONE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE